

**SO ORDERED.**

**SIGNED this 24 day of August, 2009.**

_____
**ROBERT E. NUGENT
UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF KANSAS
### WICHITA DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| Warren Bradford Bentley ) | |
| Amanda Lynn Bentley ) | Case No. 08-10075-REN |
| Debtors, ) | |
| ) | Chapter 13 |
| U.S. Bank, N.A., or its Successors ) | |
| and Assigns ) | |
| Creditor, ) | |

### CONSENT ORDER AND
### STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF

COME NOW, the parties and agree to the following in the settlement of the Movant's Motion for Relief:

1. Motion of Mortgagee to Request this Court to terminate stay order in regard to Respondent's realty was filed on or about July 17, 2009. The property known as 2117 Spring Hill Dr, Goddard, KS 67052, being the subject of said motion.

2. The parties agree that the total post-petition delinquency including fees and costs is $6,764.53. Movant is not adequately protected if post-petition payments are not made by the Debtors.

United States Bankruptcy Court
District Of Kansas
Wichita Division
In re: U.S. Bank, N.A., or its Successors and Assigns v. Warren Bradford Bentley
Case No. 08-10075-REN
Chapter 13
Consent Order in Settlement of Motion for Relief from Stay
Page 2

3.  Monthly post-petition payments will be made by the Debtors as they become due under the terms of the original Note and Deed of Trust beginning September 1, 2009.

4.  The post-petition arrearages in the amount of $6,764.53 will be paid through the plan and U.S. Bank, NA will amend their Proof of Claim for the arrearages to be paid accordingly.  The debtor will also amend their Chapter 13 plan to cure the post petition arrearages in full.

5.  The terms of this Stipulation and the agreement reached between the parties shall remain in effect so long as the automatic stay remains in effect as to this Movant.  In the event the automatic stay shall no longer remain in effect as to Movant, then this Stipulation shall become null and void.  In the event the case is converted to another Chapter under Title 11 and pre-petition arrearages remain unpaid, Movant shall be granted relief from the automatic stay after providing the notice as set forth in the following paragraph.

It is **Ordered, Adjudged and Decreed** that the Debtors will comply with the herein specified conditions.  In the event the Debtors fail to comply with any of the herein specified conditions, the Movant shall provide fifteen (15) days written notice to the Trustee; or the duly appointed Chapter 7 Trustee in the event of a conversion; the counsel for the Debtors and the Debtors of the breach of this Stipulation.  In the event the default is not cured or no objections setting forth a valid defense are filed within these 15 days, the Movant shall be entitled to an Order granting Movant the relief requested in Movant's Motion and any other Orders which the Court deems just and proper.

United States Bankruptcy Court
District Of Kansas
Wichita Division
In re: U.S. Bank, N.A., or its Successors and Assigns v. Warren Bradford Bentley
Case No. 08-10075-REN
Chapter 13
Consent Order in Settlement of Motion for Relief from Stay
Page 3


###


Order submitted by:
Millsap & Singer, LLC

*/s/ Cynthia M. Woolerton*
Cynthia M. Woolverton, #21445
612 Spirit Drive
St. Louis, MO  63005
Telephone:  (636) 537-0110
Facsimile:  (636) 537-0067
bktyks@msfirm.com
Attorneys for U.S. Bank, N.A., or its Successors and Assigns

| */s/ Laurie B. Williams* | *Michael J. Studtmann* |
|---|---|
| Laurie B. Williams | Michael J. Studtmann, #12562 |
| The Law Office of Laurie B. Williams | The Law Office of Michael J. Studtmann |
| Standing Chapter 13 Trustee | Attorney for Debtors |
| 225 North Market Suite 310 | 6235 West Kellogg Dr |
| Wichita, KS 67202 | Wichita, KS 67209-2331 |
| Telephone: (316) 267-1791 | Telephone:  (316) 942-8400 |
| Facsimile: | Facsimile:  (316) 942-8498 |
| ecf@wichita13trustee.com | bankruptcy@studtmannlaw.com |