U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
8/26/09 @ 09:00 AM
Hon. Robert E. Nugent, Presiding

---

Case Information:
    08-10075 Warren Bradford Bentley and Amanda Lynn Bentley   Chapter: 13

Judge: REN   Filed: 01/17/2008   Pln Confirmed: 07/15/2008

---

Appearances:
    Michael J. Studtmann  representing  Warren Bradford Bentley (Debtor)
    Michael J. Studtmann  representing  Amanda Lynn Bentley (Joint Debtor)
    Christopher T Micale  representing  Laurie B Williams (Trustee)

---

Issue(s):
    Motion for Relief from Stay re: 2117 Spring Hill Dr, Goddard, KS 67052.  Fee Amount $150, Filed on behalf of Creditor US Bank, NA (Attachments: # (1) Exhibit Mortgage# (2) Exhibit Note# (3) Exhibit post petition payment history), with Certificate of Service.

---

Notes/Decision:        RESOLVED.  Hearing not held.

---

Courtroom Deputy:    Karen Stevens
ECRO:                Anna Foster                                              25